One year (50 issues) Payable in Advance.......$15.00
Single Numbers ...............................   .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

### THE LAW ABSTRACT COMPANY

Office. Editorial Rooms and Library, 13916 Euclid Ave.

Cleveland, O.

Address all mail communications to P. O. Box 2455, Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

### WANTED

A young Lawyer, who desires some profitable experience before settling down to practice, or an older one who wishes to get away from office work, and become a traveling salesman for a Law Publishing House, with traveling expenses paid and a salary, or salary and commission. Address the Law Abstract Co, 13916 Euclid Ave., Cleveland, Ohio.

### WHY WE COPYRIGHT

Last week we began, again, the copyright of the Abstract; not to prevent any subscriber attorney from using its contents in his practice, or other publishers from citing, extracting from, and making fair use of the opinions, but we are preparing and publishing Digests, Concordances, Code Notes and Case Notes, at large expense, and are entitled to their exclusive use in our publications. We take this method of protecting our rights from piracy by those who do not use with our permission.

# SYLLABI
## Cases Decided by Supreme Court

### No. 183

No. 19902—John F. Dethloff v. M. O. Starbuck. Error to the Court of Appeals of Cuyahoga County.

297. CONTRACTS—Broker cannot recover commission for sale of real estate where he is to procure purchaser ready and willing to buy at net price to owner, when he does not procure purchaser over the net price.

257. COMMISSIONS—Where first real estate deal falls through and broker at request of owner calls same parties together again, and owner takes $500 less, and when purchaser asks about commission, owner says he will take care of same, and the broker is silent, owner obligates himself to pay commission.

345. CUSTOM & USAGE—Where no express amount of commission is mentioned, the same will be governed by the custom and usage of the locality.

KINKADE, J.

1. A contract between the owner of real estate and a real estate broker that the latter should find a purchaser therefor at a named price net to the owner does not entitle the broker to recover commission from the owner unless and until the broker procures a purchaser ready, able and willing to take the property at a price sufficiently in excess of the owner's net price to cover the broker's commission.

2. Where the broker produces a purchaser but the sale fails because the purchaser will not pay even the net price, and at a later time the owner requests the broker to again assemble the same parties for further negotiations, but at the time of such request makes no further statement concerning price or commission, and the broker, pursuant to such request again brings the parties together, and such negotiations then take place between the owner and the purchaser in the presence of the broker as result in the owner reducing the sale price $500, to which the purchaser agrees, and then the purchaser, to protect himself against a claim of commission by the broker, asks the owner if any commission is to be paid to the broker, and the owner then states that he, the owner, will take care of or will pay the broker's commission, to which the broker assents by his silence on that subject, the owner hereby obligates himself anew to pay the commission of the broker.

3. When the amount of the commission is not mentioned, but there is evidence of a general custom in that locality with respect to the percentage of commission on sales of real estate, the custom will prevail.

Judgment affirmed.

Marshall, CJ., Day, Allen, Robinson, Jones and Matthias, JJ., concur.